**UNITED STATES of America, Appellee,**

v.

**Arden J. MESSERSMITH, Appellant.**

**No. 02–1980.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 5, 2002.

Filed Sept. 11, 2002.

Before McMILLIAN, MURPHY, and RILEY, Circuit Judges.

---

[UNPUBLISHED]

PER CURIAM.

Arden J. Messersmith pleaded guilty to one count of conspiring to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and was sentenced to 262 months imprisonment and 5 years supervised release. Messersmith did not appeal. Within one year, the government moved to reduce his sentence under Fed.R.Crim.P. 35(b), and the district court[1] reduced the sentence to 131 months imprisonment to be followed by 5 years supervised release. Messersmith now appeals the reduced sentence. His counsel has moved to withdraw, filing a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For reversal, counsel argues that Messersmith's sentence should have been reduced more based on his assistance to the government.

This court lacks jurisdiction to review the extent of a departure made by a district court under Rule 35(b). *See United States v. Coppedge*, 135 F.3d 598, 599 (8th Cir.1998) (per curiam) (dismissing challenge to extent of Rule 35(b) reduction because appeal is not based on any criteria listed in 18 U.S.C. § 3742(a)). Accordingly, we dismiss this appeal for lack of jurisdiction, and grant counsel's motion to withdraw.

Before LOKEN, BYE, and RILEY, Circuit Judges.

[UNPUBLISHED]

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.